IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TERRY GILCHRIST,**
    **Plaintiff,**

vs.                                      **3:06cv309/RV/MD**

**PAMELA D. LASSITER, et al.,**
    **Defendants.**

_____

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 11, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

DONE AND ORDERED this 6th day of September, 2006.

                                                                  /s/ _Roger Vinson_
                                                                   **ROGER VINSON**
                                                                   **SENIOR UNITED STATES DISTRICT JUDGE**